1 | SUZANNE M. TRIMBLE - STATE BAR NO. 72969   4/8/99
2 | SUZANNE A. SHERINIAN – STATE BAR NO. 147281 – AA
  | TRIMBLE, SHERINIAN & VARANINI
3 | 1001 G STREET, SUITE 200
  | POST OFFICE BOX 590 (95812-0590)
4 | SACRAMENTO, CALIFORNIA 95814
  | TELEPHONE: (916) 444-8271
5 |



**FILED**

APR - 8 1999

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

6 | Attorneys for Defendant AMERIQUAL PACKAGING

**LODGED**

8 |

9 | MAR - 4 1999

10 | CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

(sidebar) TRIMBLE, SHERINIAN & VARANINI
1001 G STREET, SUITE 200
P.O. BOX 590
SACRAMENTO, CALIFORNIA 95812-0590
(916) 444-8271

### UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

12 |
13 | WESTFORK, ET AL                          Case No. CIV-OS-97-1360 WBS/JFM
14 |              Plaintiffs,                 **[PROPOSED] AMENDED ORDER RE**
15 |                                          **DETERMINATION OF GOOD**
                                             **FAITH BETWEEN AMERIQUAL**
16 |                                          **PACKAGING AND PLAINTIFFS**
  | v.
17 |
18 | UNITED STATES OF AMERICA,
  | ET AL.
19 |                                          Date:       April 5, 1999
  |              Defendants.                  Time:       1:30 p.m.
20 |                                          Courtroom:  5
21 | _____/           Judge:      William B. Shubb
                                             Trial Date: 6/8/99
22 |
       The motion of defendant AMERIQUAL PACKAGING for determination of good faith
23 |
24 | settlement came on regularly to be heard before the Honorable William B. Shubb on April 5, 1999.
25 | Suzanne A. Sherinian appearing as attorney for defendant AMERIQUAL PACKAGING; G. David
26 | Robertson appearing as attorney for plaintiffs Westfork and CalNeva Cattle Company; David
27 | Sanders appearing as attorney for defendant Right Away Foods Corp.; and Matthew Zabel
28 | appearing as attorney for defendant United States of America. Oral and documentary evidence

253

-1-

1   having been introduced and the matter having proceeded without objection from any party and

2   good cause appearing therefore,

3       IT IS HEREBY ORDERED that the settlement reached between plaintiffs Westfork and

4   CalNeva Cattle Company, and defendant AmeriQual Packaging is determined to be in good faith

5   

6   and meets the factors set forth in <u>Tech-Bilt, Inc. v. Woodward-Clyde & Associates</u> 38 Cal.3d 477,

7   (1985), and that any future claims by any persons for equitable comparative contribution, or partial

8   or comparative indemnity, based upon comparative negligence or comparative fault are hereinafter

9   

10  barred pursuant to the provisions of California Code of Civil Procedure sections 877 and 877.6.

11      Pursuant to the stipulation and agreement of all parties and the court, it is further ordered

12  that the following issue is reserved for consideration by the court and the parties at a time and in a

13  manner to be determined by the court at a later date;

14  (1)     The allocation of the $15,000 paid by AmeriQual Packaging as to the remaining

15  

16  defendants, i.e. does the $15,000 act as a set-off only for any amount to which the remaining MRE

17  assembler defendant may be found liable or, in the alternative, does the $15,000 act as a general

18  set-off which inures to the benefit of all remaining defendants.

19      As such, the court makes no ruling with regard to the above issue.

20  Dated:  _____4/5/99_____

21                                  CHIEF JUDGE WILLIAM B. SHUBB

TRIMBLE, SHERINIAN & VARANINI
1001 G STREET, SUITE 200
P.O. BOX 590
SACRAMENTO, CALIFORNIA 95812-0590
(916) 444-8271

## PROOF OF SERVICE

| | | |
|---|---|---|
| **CASE NAME:** | * | **Westfork, et al. v United States of America, et al.** |
| **CASE NUMBER:** | * | **CIV-S-97-1360WBS/JFM** |
| **COURT:** | * | **United States District Court, Eastern District** |

I am a citizen of the United States and a resident of the County of Sacramento; I am over the age of eighteen years and not a party to the within above-entitled action; my business mailing address is P.O. Box 590, Sacramento, California 95812-0590. I am familiar with Trimble, Sherinian & Varanini's practice whereby the mail is sealed, given the appropriate postage and placed in a designated mail collection. Each day's mail is collected and deposited in a United States mailbox after the close of each day's business.

On the date noted below, I served on the parties in said action: [Proposed] Amended Order re Determination of Good faith Between AmeriQual Packaging and Plaintiffs

[xx]   **Via the United States Postal Service** by causing a true copy and/or original thereof to be placed in a sealed envelope with postage thereon fully prepaid in the designated area for outgoing mail.

[ ]   **By Personal delivery** on the parties in this action by causing a true copy and/or original thereof to be delivered by hand to the offices of the addressee(s).

[ ]   **Via Facsimile** by causing such document to be served via facsimile on the parties in this action via facsimile numbers as stated on this proof of service.

[ ]   **Via Overnight Courier** by causing a true copy and/or original thereof to be personally delivered via the following overnight courier service: Federal Express

addressed as follows:

G. David Robertson
Robertson & Benevento
50 W. Liberty St., Suite 600
Reno, Nevada 89501

Marc C. Gessford
Borton, Petrini & Conron, LLP
2233 Watt Ave., Suite 290
Sacramento, CA 95825

William W. Goodrich, Jr.
Arent, Fox, Plotkin & Kahn, PLLC
1050 Connecticut Ave., N. W.
Washington, D. C. 20036-5339

TRIMBLE, SHERINIAN & VARANINI
1001 G STREET, SUITE 200
P.O. BOX 590
SACRAMENTO, CALIFORNIA 95812-0590
(916) 444-8271

-1-

1  Matthew L. Zabel
   Trial Attorney
2  Tort Branch, Civil Division
   U.S. Department of Justice
3  P.O. Box 888
   Benjamin Franklin Station
4  Washington, DC  20044

5

6  Scott H. Park
   Assistant USA Attorney
7  Eastern District Court
   555 Capitol Mall
8  Sacramento, CA 95814

9

10 Glenn V. Lawson
   Attorney at Law
11 740 University Ave., #100
   Sacramento, CA 95825

12

13 James R. Pagliero
   Pagliero & Associates
14 5701 Marconi Ave.
   Carmichael, CA  95821-0389

15

16                         **********

17

[ ]   STATE:      I declare under penalty of perjury under the laws of the State of California
18 that the foregoing is true and correct.

19
[XX]  FEDERAL:    I declare that I am employed in the office of a member of the bar of this
20 Court, at whose direction the service was made.

21       EXECUTED on March 3, 1999, at Sacramento, California.

22

23

24       DEBRA A. WIESE

25

26

27

28

TRIMBLE, SHERINIAN & VARANINI
1001 G STREET, SUITE 200
P.O. BOX 590
SACRAMENTO, CALIFORNIA 95812-0590
(916) 444-8271

United States District Court
for the
Eastern District of California
April 8, 1999


* * CERTIFICATE OF SERVICE * *


2:97-cv-01360


Westfork

   v.

USA

_____

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on  April 8, 1999, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

     G David Robertson              SH/WBS
     Robertson and Benevento
     50 West Liberty Street
     Suite 600
     Reno, NV  89501

     Scott Hunter Park
     United States Attorney
     501 I Street
     Suite 10-100
     Sacramento, CA  95814

     Matthew L Zabel
     United States Department of Justice
     Civil Division Torts Branch
     P O Box 888
     Benjamin Franklin Station
     Washington, DC  20044

     Gail K Johnson
     United States Department of Justice
     Civil Division Torts Branch
     P O Box 888
     Benjamin Franklin Station
     Washington, DC  20044

     James R Pagliero

Pagliero and Associates
5701 Marconi Avenue
Carmichael, CA  95608

Suzanne Sherinian
Trimble, Sherinian & Varanini
1001 G Street, Ste. 200
P.O. Box 590
Sacramento, CA  95814

Jack L. Wagner, Clerk

BY: _____
Deputy Clerk