

FILED

JUL 21 1999

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## JUDGMENT IN A CIVIL CASE

WESTFORK

        v.        CASE NUMBER: CIV S-97-1360

USA et al

**XX** -- **Jury Verdict**. This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN FAVOR OF DEFENDANT RIGHT AWAY FOODS AND AGAINST PLAINTIFF WESTFORK AND CALNEVA CATTLE COMPANY IN ACCORDANCE WITH THE JURY VERDICT RENDERED July 20, 1999.**

JACK L. WAGNER,
CLERK OF COURT

ENTERED: July 21, 1999

by: _____

273

```
                     United States District Court
                                for the
                       Eastern District of California
                             July 21, 1999


                      * * CERTIFICATE OF SERVICE * *


                                                   2:97-cv-01360


    Westfork

         v.

    USA

    _____


I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  July 21, 1999, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office, or, pursuant to prior
authorization by counsel, via facsimile.


          G David Robertson                       SH/WBS
          Robertson and Benevento
          50 West Liberty Street
          Suite 600
          Reno, NV  89501

          Scott Hunter Park
          United States Attorney
          501 I Street
          Suite 10-100
          Sacramento, CA  95814

          Matthew L Zabel
          United States Department of Justice
          Civil Division Torts Branch
          P O Box 888
          Benjamin Franklin Station
          Washington, DC  20044

          Gail K Johnson
          United States Department of Justice
          Civil Division Torts Branch
          P O Box 888
          Benjamin Franklin Station
          Washington, DC  20044
```

James R Pagliero
Pagliero and Sanders
5701 Marconi Avenue
Carmichael, CA  95608

Jack L. Wagner, Clerk

BY: _____
Deputy Clerk