UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA



FILED
JUL 22 1999
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## JUDGMENT IN A CIVIL CASE

WESTFORK

v.   CASE NUMBER: CIV S-97-1360

USA

**XX** -- **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF JULY 22, 1999, IN FAVOR OF DEFENDANT USA AND AGAINST PLAINTIFF WESTFORK.**

Jack L. Wagner,
Clerk of the Court

ENTERED:   July 23, 1999

by: _P Buzo_
P BUZO, Deputy Clerk

285

```
                United States District Court
                          for the
                 Eastern District of California
                       July 23, 1999


                * * CERTIFICATE OF SERVICE * *


                                    2:97-cv-01360


    Westfork

         v.

    USA


    _____


I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  July 23, 1999, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office, or, pursuant to prior
authorization by counsel, via facsimile.


          G David Robertson                    SH/WBS
          Robertson and Benevento
          50 West Liberty Street
          Suite 600
          Reno, NV  89501

          Scott Hunter Park
          United States Attorney
          501 I Street
          Suite 10-100
          Sacramento, CA  95814

          Matthew L Zabel
          United States Department of Justice
          Civil Division Torts Branch
          P O Box 888
          Benjamin Franklin Station
          Washington, DC  20044

          Gail K Johnson
          United States Department of Justice
          Civil Division Torts Branch
          P O Box 888
          Benjamin Franklin Station
          Washington, DC  20044
```

James R Pagliero
Pagliero and Sanders
5701 Marconi Avenue
Carmichael, CA  95608

Jack L. Wagner, Clerk

BY: _____
Deputy Clerk