**FILED**

MAR 2 1 2002

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
　　　　　DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----ooOoo----

WESTFORK, a Nevada Corporation, et al.,

　　　　Plaintiffs,

　v.

UNITED STATES OF AMERICA, et al.,

　　　　Defendants.

No. Civ. S-97-1360 WBS/JFM

ORDER

----ooOoo----

The United States moves to enforce the award of costs in this action. Judgment was entered in favor of the United States on July 22, 1999. On August 3, 1999, the United States submitted its bill of costs, and on November 19, 1999, the clerk taxed its costs in the amount of $7,449.61. By order dated December 17, 1999, the court overruled plaintiffs' objections and left undisturbed the clerk's allowance of costs. By operation of law, upon allowance, the costs became included in the judgment. 28 U.S.C. § 1920. As such, the cost award is already enforceable. The United States Attorney in this district has a

1  staff whose job it is to collect judgments in favor of the United
2  States, and they are good at doing it.  There is no need for the
3  court to enter any further order.  The motion is therefore
4  DENIED.
5  DATED: March 21, 2002.

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

```
                United States District Court
                          for the
                 Eastern District of California
                       March 21, 2002


                * * CERTIFICATE OF SERVICE * *


                                           2:97-cv-01360


     Westfork

         v.

     USA

     _____

I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  March 21, 2002, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office, or, pursuant to prior
authorization by counsel, via facsimile.


          G David Robertson                       SH/WBS
          Robertson and Benevento
          50 West Liberty Street                  CF/JFM
          Suite 600
          Reno, NV  89501

          Scott Hunter Park
          United States Attorney
          501 I Street
          Suite 10-100
          Sacramento, CA  95814

          Matthew L Zabel
          United States Department of Justice
          Civil Division Torts Branch
          P O Box 888
          Benjamin Franklin Station
          Washington, DC  20044

          Gail K Johnson
          United States Department of Justice
          Civil Division Torts Branch
          P O Box 888
          Benjamin Franklin Station
          Washington, DC  20044
```

```
James R Pagliero
Pagliero and Sanders
5701 Marconi Avenue
Carmichael, CA  95608
```

Jack L. Wagner, Clerk

BY: _L. Mena-Sanchez_
Deputy Clerk